IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THOMAS A. KIENLE,
    Petitioner,

v.                                                         Civil Action No. 3:22cv366

UNITED STATES OF AMERICA,
    Respondent.

## MEMORANDUM OPINION

By Memorandum Order entered on May 10, 2022, the Court conditionally docketed the plaintiff's action. (ECF No. 1.) At that time, the Court warned the plaintiff that he must keep the Court informed as to his current address if he was released or relocated. (*Id.*) By Memorandum Order entered on June 22, 2022, the Court directed the plaintiff to file an initial partial filing fee of $52.33 or state under penalty of perjury that he lacked sufficient assets to pay such a fee. (ECF No. 7.) On July 8, 2022, the United States Postal Service returned the June 22, 2022 Memorandum Order to the Court marked, "RETURN TO SENDER," "ATTEMPTED – NOT KNOWN," and "UNABLE TO FORWARD." (ECF No. 8.) Since that date, the plaintiff has not contacted the Court to provide a current address. The plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 16 August 2022
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge